JS-6

FILED
CLERK, U.S. DISTRICT COURT
AUG - 6 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY BOON,<br><br>            Plaintiff,<br><br>v.<br><br>CANON BUSINESS SOLUTIONS, INC., and DOES 1 through 50, inclusive,<br><br>            Defendants. | CASE NO: CV11-08206 R (CWX)<br><br>[PROPOSED]<br>JUDGMENT<br><br>Date Action Filed: August 25, 2011 |

Plaintiff having irrevocably dismissed the claims in the Third Amended Complaint with prejudice and the Court having previously dismissed all other claims alleged by Plaintiff in this action, it is hereby ordered that Plaintiff recover nothing and that JUDGMENT is hereby entered in favor of Defendant Canon Business Solutions, Inc. and against Plaintiff Harry Boon with respect to all of Plaintiff's claims in this action.

DATED: August 6, 2012

_____
UNITED STATES DISTRICT JUDGE